# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**CHRISTINA HANKINS,**

        **Plaintiff,**

    **vs.**
                            **Case No.:  2:14-cv-068**
                                **JUDGE GEORGE C. SMITH**
                                **Magistrate Judge Deavers**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## ORDER

On February 23, 2015, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner of Social Security be **REVERSED** pursuant to Sentence 4 of 42 U.S.C. § 405(g) and that this action be **REMANDED** for further proceedings.  (*Report and Recommendation*, Doc. No. 17).  The time for filing objections has passed, and no objections have been filed to the *Report and Recommendation*. Therefore, the *Report and Recommendation* is hereby **ADOPTED**.  The decision of the Commissioner is hereby **REVERSED AND REMANDED** pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings as set forth in detail in the *Report and Recommendation*.

The Clerk shall remove Document 17 from the Court's pending motions list and remand this case in accordance with the *Report and Recommendation*.

        **IT IS SO ORDERED.**

                                        */s/ George C. Smith*
                                        **GEORGE C. SMITH, JUDGE**
                                        **UNITED STATES DISTRICT COURT**