IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHRISTINA HANKINS,**

    **Plaintiff,**

**v.**                                       **Case No.:  2:14-cv-68**
                                                    **JUDGE GEORGE C. SMITH**
                                                     **Magistrate Judge Deavers**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

      This case is before the Court to consider the Report and Recommendation issued by the Magistrate Judge on August 21, 2015.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act is hereby **GRANTED** and Plaintiff is awarded attorney fees in the amount of $2,270.00.

      The Clerk shall remove Document 22 from the Court's pending motions list and terminate this case.

            **IT IS SO ORDERED.**

                                                  */s/ George C. Smith*
                                                  **GEORGE C. SMITH, JUDGE**
                                                  **UNITED STATES DISTRICT COURT**